NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3022

CHARLES WAYNE MANNING,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

John V. Berry, Berry & Berry P.L.L.C., of Washington, DC, argued for petitioner. Of counsel was Tracie M. Dorfman.

Hillary A. Stern, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Jeffrey S. Bucholtz, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3022

CHARLES WAYNE MANNING,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

# Judgment

ON APPEAL from the     Merit Systems Protection Board

in CASE NO(S).     AT0432050583-B-1.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN and LINN, <u>Circuit Judges</u>, and O'GRADY,[*] <u>District Judge</u>).

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>August 18, 2008</u>        <u>/s/ Jan Horbaly</u>
                         Jan Horbaly, Clerk

---

[*]     Honorable Liam O'Grady, District Judge, United States District Court for the Eastern District of Virginia, sitting by designation.